**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, SUSAN LEE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN LEE,<br><br>Plaintiff,<br><br>vs.<br><br>BEAUTY CODE SALON, INC.; MAX W WU, TRUSTEE OF MAX W AND JENNY H WU TRUST; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:20-cv-01366 VAP (KSx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff SUSAN LEE ("Plaintiff") and Defendants BEAUTY CODE SALON, INC. and MAX W WU, TRUSTEE OF MAX W AND JENNY H WU TRUST stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED:  May 15, 2020          SO. CAL. EQUAL ACCESS GROUP

By:   */s/  Jason J. Kim*
        Jason J. Kim
        Attorneys for Plaintiff

DATED:  May 15, 2020          WEST THEMIS LAW

By:   */s/ Karen K. Tso*
        Karen K. Tso
        Attorneys for Defendants
        BEAUTY CODE SALON, INC. and
        MAX W WU, TRUSTEE OF MAX W AND
        JENNY H WU TRUST

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason Yoon, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 15, 2020                    By: */s/ Jason J. Kim*
                                              Jason J. Kim